within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of PATROLMEN'S BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INC., Appellant, v NEW YORK STATE PUBLIC EMPLOYMENT RELATIONS BOARD et al., Respondents.

Submitted January 17, 2006; decided February 9, 2006

Motion to strike addendum C to appellant's reply brief and references thereto in the reply brief denied.

Chief Judge KAYE taking no part.

In the Matter of PATROLMEN'S BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INC., Appellant, v NEW YORK STATE PUBLIC EMPLOYMENT RELATIONS BOARD et al., Respondents.

Submitted January 17, 2006; decided February 9, 2006

Motion by Sergeants Benevolent Association for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.

Chief Judge KAYE taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v STEPHEN M. PACER, Respondent.

Submitted February 6, 2006; decided February 9, 2006

Motion for assignment of counsel granted and John E. Tyo, care of Zimmerman & Tyo, Esqs., Six East Main Street, Shortsville, New York 14548 assigned as counsel to the respondent on the appeal herein.

In the Matter of STEVEN B., Respondent. ADMINISTRATION FOR CHILDREN'S SERVICES OF THE CITY OF NEW YORK, Respondent; MAKEBA S., Appellant.

Submitted February 6, 2006; decided February 9, 2006